Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Mark Goldstein, Cal. Bar No. 175,318
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendants SG Trademark Holding Co. LLC, Wieder and Friedman Enterprise Inc., Herschel Friedman and Moshe Friedman

# United States District Court

## Central District of California – Western Division

| | |
|---|---|
| Pado, Inc., <br><br> Plaintiff, <br><br> v. <br><br> SG Trademark Holding Co. LLC, a New York Limited Liability Company, Wieder and Friedman Enterprise Inc., a New York Company, Herschel Friedman, an individual, Moshe Friedman a/k/a Coy West, an individual, and DOES 1 through 10, <br><br> Defendants. | No. 2:20-cv-1565 <br><br> Notice of Removal of State Court Action under 28 U.S.C. § 1331 (Diversity of Citizenship) and 28 U.S.C. § 1338(a) (Lanham Act) <br><br> Los Angeles Superior Ct. No. 20STCV01970 |

To the Clerk of this Court, plaintiff, and plaintiff's attorneys of record:

Please Take Notice under 28 U.S.C. §§ 1441 and 1446, Defendants SG Trademark Holding Co. LLC, Wieder and Friedman Enterprise Inc., Herschel Friedman, and Moshe Friedman a/k/a Coy West (collectively, "Defendants") remove to this Court the state court action described below.

1. On January 20, 2020, plaintiff Pado, Inc. ("Plaintiff") sued SG Trademark Holding Co. LLC, a New York Limited Liability Company, Herschel Friedman,

Moshe Friedman a/k/a Coy West, and DOES 1 through 10, in the Superior Court of the State of California, County of Los Angeles, Case No. 20STCV01970.

2. On February 5, 2020, plaintiff Pado, Inc. ("Plaintiff") filed an amended complaint naming SG Trademark Holding Co. LLC, a New York Limited Liability Company, Wieder and Friedman Enterprise Inc., a New York Company, Herschel Friedman, Moshe Friedman a/k/a Coy West, and DOES 1 through 10, in the Superior Court of the State of California, County of Los Angeles.

3. A copy of all pleadings filed in the state court action are attached as Exhibit A. Exhibit A includes all process, pleadings, and orders served upon Defendants as required by 28 U.S.C. § 1446(a).

4. Plaintiff served Defendants under Cal. Code Civ. Proc. § 410.10 on January 21, 2020, with a copy of the summons and complaint. Defendants' responses are due February 20, 2020.

5. No other named defendant whose consent would be necessary affects this removal.

6. This notice is being filed within thirty days of service on the first-served defendant and is timely under 28 U.S.C. § 1446(b).

7. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and (b), and which may be removed to this Court by Defendants under 28 U.S.C. § 1441(a) and (c).

8. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1338(a) and (b), and which may be removed to this Court by Defendants under 28 U.S.C. § 1441(a) and (c).

9. Plaintiff is a California corporation with its principal place of business 28340 Ave Crocker, Santa Clarita, California, in this district.

10. Defendant SG Trademark Holding Co. LLC, is a New York Limited Liability Company with its principal place of business in Brooklyn, New York. Defendant Wieder and Friedman Enterprise Inc., is a New York Company with its principal

place of business in Brooklyn, New York, Defendants Herschel Friedman and Moshe Friedman also reside in Brooklyn, New York.

11. This is an action between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interest and costs. Complete diversity exists between the parties.

12. The state court complaint also alleges claims for unlawful, unfair, and fraudulent competition under Cal. Bus. & Prof. Code § 17200, *et seq*. and false advertising under Cal. Bus. & Prof. Code § 17500, *et seq*. Though the state court complaint has headings for "unlawful, unfair, and fraudulent competition" and "false advertising," it relies on alleged violations of Lanham Act § 43(a), 15 U.S.C. §1125(a)(1) and other federal statutes. 28 U.S.C. § 1338(a) provides for concurrent jurisdiction in the state and federal courts. This Court has original jurisdiction under 28 U.S.C. § 1338(a) insofar as the complaint alleges violations of 15 U.S.C. §1125(a)(1).

13. A copy of this Notice of Removal is being served on all adverse parties and filed with the clerk of the state court under 28 U.S.C. § 1446(d). A copy of the notice to all adverse parties and the state court is attached (without exhibits) as Exhibit B.

February 18, 2020

/s/ *Michael D. Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Defendants SG Trademark Holding Co. LLC, Herschel Friedman and Moshe Friedman

**PROOF OF SERVICE**

I declare under penalty of perjury of the laws of the United States that on February 18, 2020, I served "Notice of Removal of State Court Action under 28 U.S.C. § 1331 (Diversity of Citizenship) and 28 U.S.C. § 1338(a) (Lanham Act)" to attorneys for all parties by first class mail addressed to:

| | |
|---|---|
| Michael K. Suh and Edward W. Suh<br>Suh Law Group, APC<br>3810 Wilshire Blvd., Suite 1212<br>Los Angeles, CA 90010 | Joel D. Voelzke<br>24772 W. Saddle Peak Road<br>Malibu, CA 90265 |

February 18, 2020         /s/ *Anneliese G. Lomonaco*
                                    Anneliese G. Lomonaco