# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SG TRADEMARK HOLDING CO. LLC, *et al.*, <br><br> Defendants. | Case No.: CV 20-01565-CJC(PVCx) <br><br> JUDGMENT |

Plaintiff Pado, Inc. brings this unfair competition and false advertising action against Defendants SG Trademark Holding Co. LLC, Wieder and Friedman Enterprise Inc., Herschel Friedman, Moshe Friedman, and unnamed Does. Defendants' motion to dismiss for lack of personal jurisdiction came for consideration before this Court.

*//*

The Court hereby **ORDERS** that:

1. Defendants' motion to dismiss is **GRANTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(2).

DATED: March 24, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE